In the Matter of JOSEPH LEDER, an Attorney, Respondent. QUEENS COUNTY BAR ASSOCIATION, Petitioner

904

Ughetta, Acting P. J., Christ, Brennan, Rabin and Benjamin, JJ., concur.